LONG, Auditor, &c. *v.* HAUSER.

APPEAL from the *Bartholomew* Circuit Court.

*Per Curiam.*—The question involved in this case has already been determined, viz., that each judge of the Court of Common Pleas, under the constitution and laws, is entitled to receive a salary of 800 dollars per annum. *The State* v. *Byrne,* 11 Ind. R. 547.

The judgment below, having been in accordance with this rule, must be affirmed.

The judgment is affirmed with costs.

*W. F. Pidgeon,* for the appellant.

*N. T. Hauser,* in person.